MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 13-018-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND SPEEDY INDICTMENT DEADLINE |
| HERMAN JAVIER MURILLO-TRUJILLO, | ) | |
| Defendant. | ) | (~~PROPOSED~~) |

The Court has considered the unopposed motion to extend the indictment deadline. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about February 15, 2013, until March 18, 2013.

The Court finds that the ends of justice that are served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, it is ORDERED that the date on or before which an indictment must be filed is extended from on or about February 15, 2013, until March 18, 2013.

It is FURTHER ORDERED that the period of delay from on or about February 15, 2013, until March 18, 2013, is excludable time pursuant to Title 18, U.S.C. § 3161(h)(7)(A)

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND THE
INDICTMENT DEADLINE
(*Herman Javier Murillo-Trujillo*; CR13-018RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DONE this 12th day of February, 2013.

s/ Mary Alice Theiler
UNITED STATES MAGISTRATE JUDGE

Presented by,

s/ *Dennis Carroll*
Dennis Carroll, WSBA No. 24410
Attorney for Herman Javier Murillo-Trujillo
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
(206) 553-1100 voice
(206) 553-0120 fax
Dennis_Carroll@fd.org

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND THE
INDICTMENT DEADLINE
(*Herman Javier Murillo-Trujillo*; CR13-018RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington   98101**
**(206) 553-1100**